
FILED

MAY 18 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | 3:22-CR-53 |
| V. | ) | |
| | ) | |
| KIMBERLY ANN MCVEIGH, | ) | JUDGES Crytzer / McCook |
| PORTIA LYNN WILLIAMS, | ) | |
| NICOLE ANN GIBSON, and | ) | |
| HAROLD DAVID SPEARS, | ) | |
| | ) | (SEALED) |
| Defendants. | ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its counsel, Kevin Quencer, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter. All of the defendants are not in custody. The United States seeks arrest warrants authorizing the arrest of the defendants. So as not to alert the defendants in advance of their pending arrests, it is respectfully requested that the court seal the indictment and this case until such time as the defendants are arrested and this court orders the indictment and case unsealed.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: _____
Kevin S. Quencer
Assistant United States Attorney