

FILED

MAY 18 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ANN MCVEIGH,
PORTIA LYNN WILLIAMS,
NICOLE ANN GIBSON, and
HAROLD DAVID SPEARS,

    Defendants.

No. 3:22-CR-53

JUDGES Crytzer / McCook

# INDICTMENT
## COUNT ONE

The Grand Jury charges that, beginning at least as early as on or about August 2, 2021, through on or about March 22, 2022, in the Eastern District of Tennessee and elsewhere, the defendants,

**KIMBERLY ANN MCVEIGH,
PORTIA LYNN WILLIAMS,
NICOLE ANN GIBSON, and
HAROLD DAVID SPEARS,**

did combine, conspire, confederate, and agree with each other, and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846 as set forth in this Indictment, the defendant, **KIMBERLY ANN MCVEIGH, PORTIA LYNN WILLIAMS, NICOLE ANN GIBSON, and HAROLD DAVID SPEARS,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property used, and intended to be used, to commit, and to facilitate the commission of a violation of Title 21, United States Code, Section 841 and/or 846, and any and all property constituting and derived from any proceeds obtained, directly and indirectly, as a result of a violation of Title 21, United States Code, Sections 841 and/or 846, including, but not limited to: approximately $26,920 United States currency.

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

_____
KEVIN QUENCER
Assistant United States Attorney